# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANTHONY MISITA AND GLENN AND
LINDA TORRES

NO.   2023 CW 0637

VERSUS

JOHN MAMOULIDES, LAKELOTS,
INC., INTREPID, INC., ONE
CONSORT INTERNATIONAL, LLC,
LAKE RAMSEY DEVELOPMENT AND
ST. TAMMANY PARISH

**SEPTEMBER 25, 2023**

---

In Re:   Anthony Misita and Glenn and Linda Torres, applying
         for supervisory writs, 22nd Judicial District Court,
         Parish of St. Tammany, No. 201314638.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

  **WRIT DENIED.**
                        JMG
                        WRC
                        WIL

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn0*
_____
    DEPUTY CLERK OF COURT
        FOR THE COURT